# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Tony Ransom ) | Case No: 4:02-cr-10 |
| ) | USM No: 40115-074 |
| Date of Previous Judgment: September 30, 2002 ) | Rita LaLumia |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✖ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.   ✖ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 168 months **is reduced to** 135 months. If this revised sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✖ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated Sept. 30, 2002 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 3, 2008

*/s/ R. Allan Edgar*
Judge's signature

Effective Date: December 17, 2008       R. Allan Edgar, United States District Judge
(if different from order date)                Printed name and title